DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK BRODSKY,**
Appellant,

v.

**IRAIDA SCHWARTZ,**
Appellee.

No. 4D21-2061

[January 27, 2022]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case No. 432017DR000279.

Mark Brodsky, Jupiter, pro se.

Karen O'Brien Steger of Steger Law, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***